# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANUEL GARZA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:11-cr-00434-LDG-PAL <br><br> **ORDER** <br><br> (Substitution of Counsel - Dkt. #173) |

This matter is before the court on a Substitution of Attorneys (Dkt. #173). It seeks to substitute Patrick E. McDonald in the place and stead of Benjamin Durham as counsel for Defendant Manuel Garza. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The grand jury returned an Indictment (Dkt. #1) on December 13, 2011. On February 14, 2012, the district judge entered an Order (Dkt. #158) granting the parties' Proposed Complex Case Schedule (Dkt. #148). A jury trial is scheduled for June 4, 2012. Accordingly,

**IT IS ORDERED** that Defendant Garza's request to substitute Patrick E. McDonald in the place and stead of Benjamin Durham is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 3rd day of May, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE