McDONALD ADRAS, LLC.
PATRICK E. McDONALD, ESQ.
Nevada State Bar No. 3526
601 South Seventh Street
Las Vegas, Nevada  89101
(702) 385-7227
(Fax) 385-5351
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MANUEL DAVID GARZA,<br><br>　　　　　　Defendant. | Case No.: 2:11-CR-434-LDG-PAL<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL** |

**IT IS HEREBY ORDERED** that the Defendant can travel to California from October 22, 2012, through October 24, 2012.

**IT IS FURTHER ORDERED** that the Defendant must provide all travel information as well as the address and telephone number of the hotel where he will be staying to his supervising officer, and check-in as directed.

DATED this _____19_____ day of ___October___, 2012.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

-3-